# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WASHING MACHINE MAN, LLC,

    Plaintiff,

v.                                              Case No.: 20-CV-1559

MID-CENTURY INSURANCE COMPANY,

    Defendants.

### WASHING MACHINE MAN LLC'S DISCLOSURE STATEMENT (AMENDED)

The undersigned counsel of record for the plaintiff, Washing Machine Man, LLC, provides the following lists in compliance with Fed. R. Civ. P. 7.1:

1. The full name of every party or amicus the attorney represents in the action:

   <u>Response</u>: Washing Machine Man, LLC.

2. If such party or amicus is a corporation:

   A. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or

   B. State if there is no such corporation.

   <u>Response</u>: Washing Machine Man, LLC is a 100% privately-owned Wisconsin limited liability company. The sole member of Washing Machine Man, LLC is Darren Woods. Mr. Woods is a resident of the State of Wisconsin which a residence address of 920 N. Ranchito Lane, Mequon WI 53092.

3. State the name of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

   <u>Response</u>: Weiss Law Office, S.C.

        Dated this 16th day of December 2020.

1 | P a g e

Case 2:20-cv-01559-BHL   Filed 12/16/20   Page 1 of 2   Document 16

**WEISS LAW OFFICE, S.C.**
Attorneys for Plaintiff
Washing Machine Man, LLC

By: _/s/ Monte E. Weiss_
Electronically signed by:
Monte E. Weiss
State Bar No. 1003816

**P.O. ADDRESS**
**Weiss Law Office, S.C.**
1017 W. Glen Oaks Lane
Suite 207
Mequon, WI 53092
262-240-9663 - telephone
mweiss@mweisslaw.net