# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WASHING MACHINE MAN, LLC,
    Plaintiff,

Case No.: 20-CV-1559

v.

MID-CENTURY INSURANCE COMPANY,
    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, between the parties to the above-referenced action, by their respective undersigned counsel, that any and all claims and causes of action of the plaintiff and any other party which were or could have been asserted, shall be dismissed on their merits, with prejudice, and without costs or further notice to any party.

Dated this 9th day of July, 2021.

**CRIVELLO CARLSON, S.C.**
Attorneys for Defendant, Mid-Century Insurance Company

*Electronically signed by:*
By:*/s/* ***Stacy K. Luell***
    DONALD C. CARLSON
    State Bar No: 1011273
    STACY K. LUELL
    State Bar No.: 1036160

P.O. ADDRESS:
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Fax: 414-271-4438

Dated this 9th day of July, 2021.

WEISS LAW OFFICE, S.C.
Attorneys for Plaintiff, Washing Machine Man LLC

*Electronically signed by:*

By: *s/ **Monte E. Weiss***
    MONTE E. WEISS
    State Bar No. 1003816

P.O. Address:
1017 West Glen Oaks Lane, Suite 207
Mequon, WI 53092