# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WASHING MACHINE MAN, LLC,
    Plaintiff,

Case No.: 20-CV-1559

v.

MID-CENTURY INSURANCE COMPANY,
    Defendant.

## ORDER

Upon the stipulation of the parties, ECF No. 25,

**IT IS HEREBY ORDERED**: That the above captioned matter is hereby dismissed on the merits with prejudice and no costs to any party.

Dated at Milwaukee, Wisconsin on July 12, 2021.

                                        s/ *Brett H. Ludwig*
                                        BRETT H. LUDWIG
                                        United States District Judge